UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IDA NEAL, ON BEHALF OF ANTHONY NEAL, | Civil No. 3:09-CV-5258-FDB-JRC |
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 18, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including February 1, 2010, to file an optional reply brief; and

- Oral argument shall be requested by February 8, 2010.

DATED this _____ day of _____ 2009.

_____

J. Richard Creatura
United States Magistrate Judge