UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IDA NEAL, on behalf of A.N. a minor,

          Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

         Defendant.

CASE NO.  C09-5258 RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION
AFFIRMING ADMINISTRATIVE
DECISION

     The Magistrate Judge recommends that the Court should conclude that Ida Neal, on

behalf of A.N., a minor, was properly denied social security benefits because application of the

proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ)

finding that Plaintiff is not disabled.  Plaintiff has filed an objection to the Report and

Recommendation and the Commissioner of Social Security filed a response.

     Plaintiff's objections are primarily a restatement of the arguments presented to the

Magistrate Judge.  Plaintiff asserts that the ALJ erred by failing to address all the medical

evidence concerning Plaintiff's impairments and that such impairments satisfy the functional

equivalency standard.  The Court disagrees.  As detailed in the Report and Recommendation, the

ALJ evaluated the six domains of functioning in detail and found plaintiff's impairments did not

meet standards for childhood disability.  The ALJ properly resolved conflicts and ambiguities in

the evidence.  The ALJ is not required to include a complete review of every piece of evidence submitted, but rather the ALJ's conclusions must be supported by substantial evidence.  The ALJ's conclusions are properly supported by substantial evidence and, therefore, should be upheld.

Plaintiff also asserts that the ALJ erred in rejecting the testimony from Plaintiff and his mother.  Again, the Court disagrees.  The ALJ's adverse credibility findings were in part based on inconsistencies between the testimony and medical reports and records, as well as effective medical treatment.   Thus, the ALJ's reasons for the adverse credibility finding were supported by substantial evidence in the record.

The Report and Recommendation properly found that the ALJ's interpretation of the evidence was rational, supported by substantial evidence, and free of legal error.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The administrative decision is **AFFIRMED**; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 20th day of April, 2010.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2